UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' APPRENTICESHIP & JOURNEYMAN
TRAINING FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' DEFINED BENEFIT PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' DEFINED CONTRIBUTION PENSION
FUND, and JERRY SHEA (in his capacity as Trustee),

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

    Plaintiffs,

v.                Case No. 15-cv-814

GLIDEWELL THERRIEN CONSTRUCTION LLC
and DANIEL E. GLIDEWELL,

    Defendants.

---

ORDER AND ENTRY OF JUDGMENT
AS TO DEFENDANT GLIDEWELL THERRIEN CONSTRUCTION LLC

---

  Request and motion for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk. This action having come on hearing before the Court, the issues having been duly heard, and a decision having been duly rendered, the Court orders as follows:

  1.  Defendant Glidewell Therrien Construction LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant Glidewell Therrien Construction LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, interest, liquidated damages, attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $62,862.29.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, North Central States Regional Council of Carpenters' Defined Benefit Pension Fund, North Central States Regional Council of Carpenters' Defined Contribution Pension Fund, Jerry Shea (in his capacity as Trustee), and North Central States Regional Council of Carpenters, recover from the Defendant Glidewell Therrien Construction LLC and that the Clerk of Court is directed to judgment in favor of Plaintiffs and against Defendant Glidewell Therrien Construction LLC in the amount of $62,862.29 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 17TH day of May, 2016.

_____
Clerk of Court

_____
Deputy Clerk

Dated and approved as to form this 17TH day of May, 2016.

BY THE COURT:

_____
U. S. District Court Judge